UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK GONZALEZ,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security Administration*<br>    Defendant. | **JUDGMENT**<br>Case No. 7:23-CV-1476-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on April 24, 2024, with electronic service upon:

Charlotte Hall, *Counsel for Plaintiff*
Wnda Mason, *Counsel for Defendant*
Cassia Parson, *Counsel for the Defendant*
Samantha Zeiler, *Counsel for the Defendant*

                          **PETER A. MOORE, JR.**
                          CLERK, U.S. DISTRICT COURT

DATE: April 24, 2024                  /s/ *Shelia Foell*
                                          (By): Shelia Foell
                                          Deputy Clerk, U.S. District Court